# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### *Hearing Information:*

**ADV:** 09-90456

**LESLIE T. GLADSTONE VS CITIBANK, NA & CITIBANK CREDIT CARD ISSUANCE TRUST & CITIBANK CORPORATION & CITIBANK USA, NA AKA CITIBANK, NA AKA CI & CITIGROUP, INC. & CITIBANK (SOUTH DAKOTA), N.A.**

| | |
|---|---|
| **Debtor:** | CREATIVE CAPITAL LEASING GROUP, LLC |
| **Case Number:** | 07-04977-PB7    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, MARCH 17, 2014 10:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | LYNETTE ALVES |

### *Matter:*

PRE-TRIAL STATUS CONFERENCE (fr. 1/13/14)

### *Appearances:*

JEFFREY D. CAWDREY, ATTORNEY FOR LESLIE T. GLADSTONE
DEBORAH SCHRIER-RAPE, ATTORNEY FOR CITIBANK (SOUTH DAKOTA), N.A., CITIBANK, NA

### *Disposition:*

Continued to 5/5/14 at 10:00 a.m.  Parties to continue to narrow issues.